**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KAO SAECHAO, an individual | Case No. 2:25-cv-02453-SVW-SSCx |
| Plaintiff, | |
| v. | Hon. Stephen V. Wilson<br>Courtroom 10A |
| TRUSTAGE FINANCIAL GROUP, INC, AMERICAN MEMORIAL LIFE INSURANCE COMPANY, CUNA MUTUAL GROUP, CMFG LIFE INSURANCE COMPANY and DOES 1-10, | ~~[PROPOSED]~~ ORDER FOR DISMISSAL |
| Defendants. | |

DMS_US.371505367.1

Upon receipt of the stipulation by Plaintiff, KAO SAECHAO, and Defendant, CMFG LIFE INSURANCE COMPANY, and the Court having been duly advised that the parties have stipulated to the dismissal of all remaining claims in this action, WITHOUT PREJUDICE, and with each party to bear their own fees and costs,

IT IS HEREBY ORDERED, that this matter is dismissed in its entirety, WITHOUT PREJUDICE, and that each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:    June 12, 2025

Honorable Stephen V. Wilson
United States District Judge